UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

       - v. -                :    NOTICE OF INTENT TO
                                      FILE AN INFORMATION
ZUBAIR TAHIR,                    :

           Defendant.        :      10 CRIM 923

- - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         October 5, 2010

                         PREET BHARARA
                         United States Attorney

           By:  _____
               Daniel S. Goldman
               Assistant United States Attorney

           AGREED AND CONSENTED TO:

           By:  _____
               Joshua Dratel, Esq.
               Attorney for Zubair Tahir

WHEEL: A