UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :     10 Cr.

     v.                           :

ZUBAIR TAHIR,                     :

         Defendant.            :     **10 CRIM 923**

- - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                        Defendant

                                        _____
                                        Witness

                                        _____
                                        Counsel for Defendant

Date:   New York, New York
         October 8, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08 OCT 2010

0202