LAW OFFICES OF

### JOSHUA L. DRATEL, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
E-MAIL JDratel@joshuadratel.com



JOSHUA L. DRATEL

———

AARON MYSLIWIEC
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*



November 17, 2010

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 11/19/10

> Re: *United States v. Zubair Tahir,*
>      10 Cr. 923 (DLC)

Dear Judge Cote:

 This letter is submitted on behalf of Zubair Tahir, whom I represent in the above-captioned action by CJA appointment, regarding a request for a bail modification. Mr. Tahir's bail presently permits him to travel only within the Southern and Eastern Districts of New York, and the District of New Jersey, and he was required to surrender his passport. He respectfully requests permission to travel to Ontario, Canada on the dates indicated below, and to regain possession of his passport for the duration of his trip. Both the government, through Assistant United States Attorney Daniel Goldman, and Jason G. Lerman, Mr. Tahir's pre-trial services officer, consent to this request.

 Mr. Tahir's proposed itinerary is as follows:

December 10, 2010:   Mr. Tahir will retrieve his passport from pre-trial services.

December 11, 2010:   Mr. Tahir will drive with his wife, Nighat, and daughter, Narish, on their annual holiday trip, planned months ago, to visit his wife's brother, Munsab Ali, his wife, and his three children at their home located at 3120 Angelpass Drive, Mississauga, Ontario, L5M, Canada. Mr. Tahir and his family will remain in Mississauga, Ontario, until January 3, 2011.

January 3, 2011:   Mr. Tahir will drive back from Canada with his wife and daughter, and will return home that night.

January 4, 2011:   Mr. Tahir will return his passport to pre-trial services.

LAW OFFICES OF

JOSHUA L. DRATEL, P.C.

Hon. Denise L. Cote
United States District Judge
Southern District of New York
November 17, 2010
Page 2 of 2

       As noted above, the government, through Assistant United States Attorney Daniel Goldman, and Jason G. Lerman, Mr. Tahir's pre-trial services officer, consent to this request.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc:    AUSA Daniel S. Goldman (By Facsimile)

Granted.
Denise Cote
Nov. 18, 2010