LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
E-MAIL JDratel@joshuadratel.com

JOSHUA L. DRATEL

AARON MYSLIWIEC
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*



November 23, 2010

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Zubair Tahir,*
    10 Cr. 923 (DLC)

Dear Judge Cote:

This letter is submitted on behalf of Zubair Tahir, whom I represent by CJA appointment in the above-entitled matter, regarding Mr. Tahir's pretrial motions, which are due December 3, 2010. It is respectfully requested that a two-week extension of time until December 17, 2010, be granted, in the interest of judicial economy and conservation of CJA resources. We are close to a disposition in this case and fully anticipate that the case will be resolved before the requested pretrial motion deadline. My associate, Lindsay A. Lewis, Esq., has spoken with Assistant United States Attorney Daniel Goldman, and he has informed her that the government consents to this application.

Accordingly, it is respectfully requested that a two-week extension, until Friday, December 17, 2010, be granted for filing of Mr. Tahir's pretrial motions. As noted above, the government, through Assistant United States Attorney Daniel Goldman, consents to this request.

Granted.
*Denise Cote*
Nov. 30, 2010

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc:   AUSA Daniel S. Goldman (By Facsimile)