LAW OFFICES OF
## DRATEL & MYSLIWIEC, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
www.dratelmys.com



JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

**MEMO ENDORSED**

September 21, 2011

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

10/11/11

Re: *United States v. Zubair Tahir,*
    10 Cr. 923 (DLC)

Dear Judge Cote:

This letter is submitted on behalf of Zubair Tahir, whom this firm represents in the above-referenced matter, to request that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel from the Southern District of New York to Faisalabad, Pakistan, from December 17, 2011, through January 14, 2012. Mr. Tahir wishes to travel to Pakistan to visit his ailing mother, Shrifan Khnam, and father, Rana Bashir Ahmad. While in Pakistan, he also intends to accompany his mother to renew her permanent resident card so that he can bring her back to the U.S. when he returns. If Mr. Tahir is allowed to make this trip, he will not be accompanied by his wife and daughter; they will remain in the U.S. I have been informed by Assistant United States Attorney Daniel Goldman that the government consents to this modification. I have also been informed by Angel Matos, Mr. Tahir's Pre-Trial Services Officer in New Jersey, that he and Scott Kowal, Supervisor of Pre-Trial Services in the Southern District of New York, jointly consent to this modification.

Accordingly, it is respectfully requested that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel from the Southern District of New York to Faisalabad, Pakistan, from December 17, 2011, through January 14, 2012. As stated previously, both the government and the Pre-Trial Services Office consent to this request.

Granted.
/s/ Denise Cote
October 10, 2011

Respectfully submitted,
Joshua L. Dratel

JLD/lal

cc:   Assistant United States Attorney Daniel Goldman (By facsimile)