UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :     S2 10 Cr. 923 (DLC)
UNITED STATES OF AMERICA,               :
                                        :          ORDER
          -v-                           :
                                        :
ZUBAIR TAHIR,                           :
                    Defendant.          :
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that the Clerk of Court shall unseal

document #17, the S2 10 Cr. 923 Indictment, as to this defendant.


Dated:     New York, New York
           October 13, 2011


                              _____
                                        DENISE COTE
                              United States District Judge