UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :     S2 10 Cr. 923 (DLC)

      v.                                :

ZUBAIR TAHIR,                     :

      Defendant.                  :

- - - - - - - - - - - - - - - - - - -X

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, and Title 31, United States Code, Section 5324, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 09 2011

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:     New York, New York
          December 9, 2010

0202