

LAW OFFICES OF
# DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL  
AARON MYSLIWIEC  
—  
ALICE L. FONTIER  
LINDSAY A. LEWIS

STEVEN WRIGHT  
*Office Manager*  
RYAN DUFFEY  
*Paralegal*

March 11, 2013

**BY ELECTRONIC MAIL**

The Honorable Denise L. Cote  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: *United States v. Zubair Tahir,*  
   10 Cr. 923 (DLC)

Dear Judge Cote:

      This letter is submitted on behalf of Zubair Tahir, whom this firm represents in the above-referenced matter, to request that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel from the Southern District of New York to Faisalabad, Pakistan, from March 21, 2013, through April 27, 2013. Mr. Tahir wishes to travel to Pakistan to visit his mother, Shrifan Khnam. He also respectfully requests permission to regain possession of his passport for the duration of the trip. If Mr. Tahir is allowed to make this trip, he will not be accompanied by his wife and daughter; they will remain in the U.S. I have been informed by Assistant United States Attorney Daniel Goldman that the government consents to this modification. I have also been informed by Angel Matos, Mr. Tahir's Pre-Trial Services Officer in New Jersey, and by Robert L. Trail, Deputy Chief of Pre-Trial Services in the Southern District of New York, that both Pre-Trial offices consent to this modification.

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
March 11, 2013
Page 2 of 2

    Accordingly, it is respectfully requested that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel from the Southern District of New York to Faisalabad, Pakistan, from March 21, 2013, through April 27, 2013. As stated previously, both the government and the Pre-Trial Services Office consent to this request.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc:    Assistant United States Attorney Daniel Goldman (by electronic mail)

*Granted –*
*[signature] Denise Cote*
*3/11/13*