

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION
2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

...MENT
...RONICALLY FILED
DOC #:
DATE FILED: 5/29/2013

May 24, 2013

MEMO ENDORSED

**BY ELECTRONIC MAIL**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
Denise Cote
May 29, 2013

Re: *United States v. Zubair Tahir,*
10 Cr. 923 (DLC)

Dear Judge Cote:

This letter is submitted on behalf of Zubair Tahir, whom this firm represents in the above-referenced matter, to request that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel from the Southern District of New York to Houston, Texas, from June 3, 2013, through June 21, 2013, and again from July 1, 2013, through July 19, 2013. Mr. Tahir wishes to travel to Houston to attend job training for a new position he has obtained at Wheel Mart, a company located in Houston, Texas, and with outposts in both Texas and California.

I have been informed by Assistant United States Attorney Daniel Goldman that the government consents to this modification. I have also been informed by Angel Matos, Mr. Tahir's Pre-Trial Services Officer in New Jersey, and by Robert L. Trail, Deputy Chief of Pre-Trial Services in the Southern District of New York, that both Pre-Trial offices consent to this modification, in particular given that Mr. Tahir has been fully compliant to date and has traveled outside the U.S. while under Pre-Trial supervision on several occasions without incident.

If Mr. Tahir is allowed to make this trip, he will not be accompanied by his wife and daughter; they will remain In New Jersey, where he currently resides. In addition, while this position will likely require relocation, and both the government and the Pre-Trial offices in New York and New Jersey are aware of this fact, Mr. Tahir is not requesting permission to relocate at this time.

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
May 24, 2013
Page 2 of 2

Accordingly, it is respectfully requested that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel from the Southern District of New York to Houston, Texas, from June 3, 2013, through June 21, 2013, and again from July 1, 2013, through July 19, 2013. As stated previously, both the government and the Pre-Trial Services Office consent to this request.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc: Assistant United States Attorney Daniel Goldman (by electronic mail)