

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

**MEMO ENDORSED**

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

August 8, 2013

**BY ELECTRONIC MAIL**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY ...
8/8/2013

Re: *United States v. Zubair Tahir,*
10 Cr. 923 (DLC)

Dear Judge Cote:

    This letter is submitted on behalf of Zubair Tahir, whom this firm represents in the above-referenced matter, to request that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel for work to the Southern District of Texas, and to the Central District of California with prior notification to Angel Matos, Mr. Tahir's Pre-Trial Services Officer in New Jersey. As the Court was notified in late May 2013, Mr. Tahir recently obtained a new job with Wheel Mart, a company located in Houston, Texas, and with outposts in both Texas and California. His new role permits him to continue to reside in New Jersey, but will require him to travel regularly to Wheelmart's Houston and Los Angeles outposts.

    I have been informed by Assistant United States Attorney Daniel Goldman that the government consents to this modification. I have also been informed by Mr. Matos, and by Robert L. Trail, Deputy Chief of Pre-Trial Services in the Southern District of New York, that both Pre-Trial offices consent to this modification, in particular given that Mr. Tahir has been fully compliant to date and has traveled outside the U.S. while under Pre-Trial supervision on several occasions without incident.

Granted.

*[signature]*
8/8/13

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
August 8, 2013
Page 2 of 2

    Accordingly, it is respectfully requested that the Court modify the terms of Mr. Tahir's supervised release to permit him to travel to the Southern District of Texas, and to the Central District of California with prior notice to his Pre-Trial Services Officer. As stated previously, both the government and the Pre-Trial Services Office consent to this request.

                                      Respectfully submitted,

                                      Joshua L. Dratel

JLD/lal

cc:    Assistant United States Attorney Daniel Goldman (by electronic mail)