UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      S2 10 Cr. 923-01
                                           :           (DLC)
         -v-                               :
                                           :           ORDER
ZUBAIR TAHIR,                              :
                          Defendant.       :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the transcript of the proceeding held on December 9, 2010 shall be unsealed and docketed with the Clerk's Office.

Dated:   New York, New York
         October 10, 2013

                                     _____
                                              DENISE COTE
                                     United States District Judge