UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :    CONSENT ~~PRELIMINARY~~ ORDER OF
                                         FORFEITURE/MONEY JUDGMENT
         - v. -                    :

ZUBAIR TAHIR,                      :    S2 10 Cr. 923 (DLC)

              Defendant.           :

- - - - - - - - - - - - - - - - - - X

WHEREAS, on or about December 21, 2012, ZUBAIR TAHIR (the "defendant"), among other, was charged in a Superseding Information, S2 10 Cr. 923 (DLC) (the "Information"), with conspiracy to commit wire fraud and evading the currency transaction reporting requirements while attempting to conceal payments in furtherance of the conspiracy charged in Count One, in violation of 18 U.S.C. § 1343 (Counts One and Two);

WHEREAS, the Information included a forfeiture allegation seeking forfeiture to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982 and 28 U.S.C. § 2461, any property constituting and derived from proceeds obtained directly or indirectly as a result of the offense charged in Counts One and Two of the Information, including but not limited to a sum of money of equal to $3,046,869 in United States currency, in that such sum in aggregate is property representing the amount of gross proceeds obtained as a result of the offense charged in Count One;

WHEREAS, on or about December 9, 2010, the defendant pled guilty to Counts One and Two of the Information pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation and agreed to forfeit to the United States a sum of money equal to $2,923,869 in United States currency, representing the amount of gross proceeds obtained as a result of the offense charged in Counts One and Two of the Information;

WHEREAS, the defendant consents to the imposition of a money judgment in the amount of $2,923,869 in United States currency, representing the amount of gross proceeds obtained as a result of the offense charged in Counts One and Two of the Information;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney, Preet Bharara, United States Attorney, Assistant United States Attorneys Daniel S. Goldman and Carolina A. Fornos, of counsel, and the defendant, and his counsel, Joshua L. Dratel, Esq. and Lindsey Lewis, Esq., that:

1. As a result of the offense charged in Counts One and Two of the Information, a money judgment in the amount of $2,923,869 in United States currency (the "Money Judgment") shall be entered against the defendant, *jointly and severally with his co-conspirators*.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, this Order is final as to the defendant, ZUBAIR TAHIR, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

4. Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rule of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production

of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

So ordered.

*/s/ Denise Cote*

Oct. 11, 2013

8.  The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____          10/11/2013
    DANIEL S. GOLDMAN                        DATE
    CAROLINA A. FORNOS
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    Tel.: (212) 637-2289/2740

ZUBAIR TAHIR, DEFENDANT

By: _____          10-11-13
    ZUBAIR TAHIR                             DATE

By: _____          10/11/13
    JOSHUA L. DRATEL, ESQ.                   DATE
    LINDSAY LEWIS, ESQ.
    29 Broadway, Suite 1412
    New York, New York 10006

SO ORDERED:


_____              _____
HONORABLE DENISE L. COTE                    DATE
UNITED STATES DISTRICT JUDGE