**MEMO ENDORSED**

LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

November 6, 2013

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY
DATE 11/8/2013

Re: *United States v. Zubair Tahir,*
    10 Cr. 923 (DLC)

Dear Judge Cote:

This letter is submitted on behalf of Zubair Tahir, whom I represent in the above-referenced matter by Criminal Justice Act appointment, to request that the Court order Pretrial Services to return Mr. Tahir's passport to him, in light of the fact that Mr. Tahir was sentenced October 11, 2013, to a term of five years' probation. I have been informed by Mr. Tahir's probation officer, Andrea Shumsky, that the Office of Probation has no objection to this request.

Accordingly, it is respectfully requested that the Court order Mr. Tahir's passport to be returned to him.

Respectfully submitted,

Granted.
*Denise Cote*
11/8/13

Joshua L. Dratel

JLD/lal

cc:   Assistant United States Attorney Carolina Fornos (by ECF and electronic mail)